# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

JOSEPH SUNDLING                       )
                                      )
Plaintiff                             )
                                      )
                  vs.                 )    Case Number: 17-CV-4224
                                      )
JAMES DIMAS, ANDERSON                 )
FREEMAN, SHARON COLEMAN,              )
GREG SCOTT, CHRISTOPHER               )
CLAYTON, JOSEPH HANKINS,              )
WANDA PENNOCK, DAVE                   )
BIERMAN, MICHAEL MADIGAN,             )
LISA MADIGAN, JOHN SULLIVAN,          )
JOELLE MARASCO, DEBRA                 )
SMILEY-BLOMGREN, LIBERTY              )
HEALTH INC., SHAN JUMPER,             )
SHARLENE CARRAWAY,                    )
WEXFORD HEALTH SOURCES INC.,          )
DAVID SUIRE, RICHARD TRAVIS,          )
KIMBERLY WEITL, STEVE                 )
GASKELL, ARAMARK                      )
CORRECTIONAL FOOD SERVICES,           )
JANE DOES, JOHN DOES, and             )
MICHAEL BEDNARZ,                      )
                                      )
Defendants

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint was dismissed on August 25, 2017, with leave to file an amended complaint within thirty (30) days. See Order 7 . Plaintiff has not done so. This case is dismissed without prejudice. All settings, motions, and internal deadlines are vacated. This case is closed.

**Dated:**   10/4/2017

                              s/ Kenneth A. Wells
                              Kenneth A. Wells
                              Clerk, U.S. District Court